UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 04395**

BRANDI R. SIMMONS,
                    PLANTIFF
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

52nd PRECINT,
JOHN DOE #1;
JOHN DOE #2;
JOHN DOE #3;
JOHN DOE #4;
JANE DOE #5; ET AL,
                    DEFENDANTS.

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*



I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name BRANDI SIMMONS
            ID # 241-12-03857
            Current Institution ANNA M. KROSS CENTER
            Address 18-18 HAZEN STREET
            EAST ELMHURST, NEW YORK 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name JOHN DOE_____ Shield # N/A
                  Where Currently Employed N.Y.C. POLICE/DETECTIVE/52nd PRECINT
                  Address 3016 WEBSTER AVE
                          BRONX, NEW YORK 10458

Defendant No. 2   Name JOHN DOE_____ Shield # N/A
                  Where Currently Employed N.Y.C. POLICE/DETECTIVE/52nd PRECINT
                  Address 3016 WEBSTER AVE
                          BRONX, NEW YORK 10458

Defendant No. 3   Name JOHN DOE_____ Shield # N/A
                  Where Currently Employed N.Y.C. POLICE/DETECTIVE/52nd PRECINT
                  Address 3016 WEBSTER AVE
                          BRONX, NEW YORK 10458

Defendant No. 4   Name JOHN DOE_____ Shield # N/A
                  Where Currently Employed N.Y.C. POLICE/DETECTIVE/52nd PRECINT
                  Address 3016 WEBSTER AVE
                          BRONX, NEW YORK 10458

Defendant No. 5   Name JANE DOE_____ Shield # N/A
                  Where Currently Employed N.Y.C. POLICE/DETECTIVE/52nd PRECINT
                  Address 3016 WEBSTER AVE
                          BRONX, NEW YORK 10458

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? THE 52nd PRECINT located at 3016 WEBSTER AVE, and NORTH CENTRAL BRONX HOSPITAL located at 3424 KOSSUTH AVE, Bronx, N.Y. 10467 & 215 E. 161st, BRONX, N.Y. 10451 (CENTRAL BOOKINGS)

B.   Where in the institution did the events giving rise to your claim(s) occur? 52nd PRECINT [HOLDING CELLS/FINGERPRINTING ROOM]; NCBH [INTAKE MEDICAL ROOM/X-RAY/M.R.I. ROOM; CENTRAL BOOKINGS [ENTRY HOLDING PEN]

C.   What date and approximate time did the events giving rise to your claim(s) occur? The exact date was April 27th, 2012 and the time(s) were from 5:00pm into the date of April 28th, 2012 at approximately 2:00-3:00 AM.

D. Facts:

**What happened to you?**

Plantiff was falsely arrested under fallonious pretenses, then the Plantiff was Literally Robbed of his currency, and viciously beaten. Then once this Plantiff was taken to the hospital, he was antagonized, humiliated, and handcuffed with excessive force, brutality, & cruel and unusual Punishment. Then the Plantiff was carried by the handcuffs & Leg shackles, Lifted in the air by two officers, all the way to Central Booking, and thrown into the cell Like cattle

**Who did what?**

Six (6) N.Y.C. Police officers/Detectives brutally assaulted this Plantiff, and one of these same officers processed & vouchered plantiffs money ($54) cash under the pretense that the Plantiff was being charged with Criminal Sale of a Controlled Substance. Then two of these officers escorted this plantiff to NCBH physically & mentally abusing him, and then dragged

**Was anyone else involved?**

this Plantiff as if he were cattle to Central Booking. These defendants are Listed as JOHN DOE(s) and JANE DOE until this complaint can be Amended.

**Who else saw what happened?**

There were at least six witnesses present in the precint, but I was able to obtain one of their names — PEDRO ROSA 2065 #1 /Bx, N.Y. 10462/ And there were various witness at the hospital, and Central Booking, but I do have one of the persons name that was present in Central Booking — JEFFREY GAINES B&C #241-12-03837 NYSID # 06255729K

III. **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I received a bite mark that is still present to this day, severe back pains & spinal problems, and partial paralysis.

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ~~⊗~~ B.S.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **52nd Precint (Holding Pens/cell) 3016 WEBSTER AVE, Bronx, N.Y. 10458**

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims(s)?

Yes ____   No ____   Do Not Know ✓

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1. Which claim(s) in this complaint did you grieve? **NOT APPLICABLE**

2. What was the result, if any? **NOT APPLICABLE**

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. **NOT APPLICABLE**

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: **This incident did ~~not~~ happen in a city jail, prison, or correctional facility. This incident occurred in the 52nd Precint located 3016 WEBSTER AVE in the Bronx, N.Y. 10458**

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____

INTERNAL AFFAIRS & CCRB
"still awaiting a response"

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

SAME AS ABOVE

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Reward the Plantiff with no less than $1,000,000 dollars for the gross deliberate indifference incurred in this case by violating the Plantiffs Constitutional & Civil Rights. That this Plantiff be awarded no less than $3,000,000 in Punitive Damages and Emotional Distress as this Plantiff was incarcerated as a direct result of a 'False Arrest' and arrested in direct correlation to a Previous lawsuit that was favored in the Plantiffs disposition, in the amount of a $17,000 settlement, for excessive force by the exact same Precint, and it's officers. Furthermore, this Plantiff would Like to be awarded $1,000,000 in Lawyers fees as plantiff has taken on this current lawsuit under PRO-SE status. Reimbursed under Lawyers fee(s)/salary at a minimum of $100/hr., restitutional fees, etc., therefore this plantiff prays that this Court will grant this civil rights claim. and such other relief's as deemed proper and just.

VI. **Previous lawsuits:**

<span style="border:1px solid">On these claims</span>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _BRANDI SIMMONS, represented by Alison R. Keenan, ESQ, BURNS & HARRIS ~~LAW FIRM~~_

Defendants _JOHN DOE_

2. Court (if federal court, name the district; if state court, name the county) _N/A {TO BE AMENDED}_

3. Docket or Index number _N/A - {TO BE AMENDED}_

4. Name of Judge assigned to your case _N/A - {TO BE AMENDED AT A LATER DATE}_

5. Approximate date of filing lawsuit _2008 - 2009_

6. Is the case still pending?  Yes ___  No ✓  _AUGUST 3rd, 2011 - NOVEMBER, 2011 (PAYMENT DATE)_
   If NO, give the approximate date of disposition _JUDGMENT IN PLANTIFFS FAVOR / SETTLEMENT_

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _JUDGMENT IN FAVOR OF THE PLANTIFF / $17,000 SETTLEMENT AND THE CASE WAS NOT APPEALED._

<span style="border:1px solid">On other claims</span>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ___   No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ _NOT APPLICABLE_ _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending?  Yes ___  No ___
   If NO, give the approximate date of disposition _____

Rev. 05/2007                                    6

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

    _____ NOT APPLICABLE _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of MAY, 2012.

           Signature of Plaintiff  *Brande Simmons*, PRO-SE

           Inmate Number  241-12-03857

           Institution Address  ANNA M. KROSS CENTER
           18-18 HAZEN STREET
           EAST ELMHURST, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 26th day of MAY, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

           Signature of Plaintiff: *Brandi Simmons*, PRO-SE