UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDI  SIMMONS,
_____

_____PLAINTIFF_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

CITY OF NEW YORK;
_____

DETECTIVE PAUL ORTIZ #17138;
_____

SERGANT RICHARD W. JOHNSON #841;
_____

GEORGE GOULART, DETECTIVE #005792;
_____DEFENDANTS._____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/12

**AMENDED
COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:   ☑ Yes    ☐ No
                (check one)

12 Civ. 4395 (GGK)

2012 AUG 28  P 12: 53   RECEIVED SDNY PRO SE OFFICE

I.      **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name  BRANDI  SIMMONS
               ID#  241-12-03857
               Current Institution  ANNA M. KROSS CENTER (C-95)
               Address  18-18 HAZEN STREET
               EAST ELMHURST, NEW YORK 11370

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  CITY OF NEW YORK          Shield #_____
                   Where Currently Employed  CORPORATION OF COUNSEL
                   Address  100 CHURCH STREET
                   NEW YORK, N.Y. 10007

Defendant No. 2   Name **Detective PAUL ORTIZ** Shield # 17138
Where Currently Employed BRONX NARCOTICS DIVISION
Address 1 POLICE PLAZA, Room 1100
NEW YORK, N.Y. 10007

Defendant No. 3   Name SERGANT RICHARD W. JOHNSON Shield # 0841
Where Currently Employed BRONX NARCOTICS DIVISION
Address 1 POLICE PLAZA, Room 1100
NEW YORK, N.Y. 10007

<div style="border:1px solid;">Who did
what?</div>

Defendant No. 4   Name **Detective GEORGE GOULART** Shield # 005792
Where Currently Employed BRONX NARCOTICS DIVISION
Address 1 POLICE PLAZA, Room 1100
NEW YORK, N.Y. 10007

Defendant No. 5   Name _____ Shield #_____
Where Currently Employed _____
Address _____
_____

## II.   Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
THE 52nd Precint, located at 3016 Webster Ave; & NCBH, Located at 3424
Kossuth Ave; & CENTRAL BOOKING in the Bronx, 215 E. 161 ST

B.   Where in the institution did the events giving rise to your claim(s) occur?
52nd Precint [Holding pens/fingerprinting room]; NCBH [Intake Medical room/X-ray/M.R.I.] and CENTRAL BOOKINGS [Entry Holding cell]

C.   What date and approximate time did the events giving rise to your claim(s) occur?
The exact date(s) were April 26th, 2012 at approx 5:30pm into the date of April 27th, 2012 at approx. 2:00-3:00 AM

<div style="border:1px solid;">What
happened
to you?</div>

D.   Facts: Plantiff was falsely arrested under fallonious pretenses then the plantiff was literally robbed of his currency, and viciously beaten. Then once this Plantiff was taken to the hospital he was antagonized, humiliated, and handcuffed with excessive force, brutality,

and cruel & unusual punishment. Then the plantiff was carried by the hand cuffs and leg shackles, lifted in the air by two officers, all the way to Central Booking, and thrown in a cell like cattle. First, $54 in cash was taken under the false pretenses that Plantiff was being charged with a Criminal Sale of a Controlled Substance. Then six (6) N.Y.C. Police detectives brutally assaulted this Plantiff, and then two of those officers escorted this Plantiff to NCBH physically & mentally abusing him, and then dragged this Plantiff as if he were cattle to central booking.

There were at least six witnesses present in the precint holding cell. I was able to obtain one of their names - PEDRO ROSA, 2065 STREET NAME N/A, BRONX, N.Y. 10462. And this incident happened ON CAMERA, both in the precint, and at central booking. I was able to obtain one of the witnesses names present in Central Booking — JEFFREY GAINES B&C #241-12-03837 NYSID # 06255729K

<div style="border:1px solid; padding:4px; font-size:small">
Was anyone else involved?
</div>

<div style="border:1px solid; padding:4px; font-size:small">
Who else saw what happened?
</div>

III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I received a bite mark as a result of this Assault & Battery as well as a broken, left pinky finger-tip, severe back pains & and spinal problems due to partial paralysis, and a fractured right foot But none of these injuries were documented by the medical staff at North Central Bronx Hospital. Some injuries were recorded by the Riker's Island clinical staff.

IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓    No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_52 nd Precinct [ Holding pen/cell ] and Central Booking [ Holding cell ]_

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

    Yes _____     No _____     Do Not Know _✓_

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

    Yes _____     No _____     Do Not Know _✓_

    If YES, which claim(s)?

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

    Yes _____     No _✓_

    If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

    Yes _____     No _✓_

E.     If you did file a grievance, about the events described in this complaint, where did you file the grievance?

    1.     Which claim(s) in this complaint did you grieve?

    _NOT APPLICABLE_

    2.     What was the result, if any?

    _NOT APPLICABLE_

    3.     What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

    _NOT APPLICABLE_

F.     If you did not file a grievance:

    1.     If there are any reasons why you did not file a grievance, state them here: _This incident happened in the 52nd Precinct, located at 3016 WEBSTER AVE and CENTRAL BOOKING, located at 215 E. 161 ST in the BRONX._

*Rev. 01/2010*                        4

2.     If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_INTERNAL AFFAIRS, by mail. Still no response._
_CCRB, by mail, who stated that they will investigate_
_the matter._

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_SAME AS ABOVE_

<u>Note:</u>     You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _Reward the Plantiff with no less than_
_$5 million dollars ($5,000,000) for the gross deliberate indifference_
_incurred in this case by violating the Plantiff's Constitutional & civil rights._
_that this Plantiff be awarded Punitive Damages and Emotional Distress compensation_
_as the Plantiff was incarcerated as a direct result of a False arrest, and_
_arrested in direct correlation to a Previous lawsuit that yielded $17,000_
_settlement in favor of the Plantiff, for excessive force by the same exact precint._
_Furthermore, Plantiff would like to be awarded lawyer's fee, if the completion_
_of this civil suit goes to trial under Pro-se litigation._
_Therefore, this Plantiff prays that this court will grant this civil rights claim,_
_and such other reliefs as deemed proper and just._

_____
_____
_____
_____

**VI.    Previous lawsuits:**

On
these
claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓   No _____

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff ___BRANDI   SIMMONS_____
Defendants ___CITY  OF  NEW  YORK_____

2. Court (if federal court, name the district; if state court, name the county) _____
___COUNTY  OF  NEW  YORK_____

3.    Docket or Index number ___12 Civ. 4395_____

4.    Name of Judge assigned to your case ___JOHN  G.  KOELTL_____

5.    Approximate date of filing lawsuit ___6/2/12_____

6.    Is the case still pending? Yes ✓  No _____

If NO, give the approximate date of disposition_____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
_____

On
other
claims

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ✓   No _____

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff ___BRANDI   SIMMONS_____
Defendants. ___MICHEAL   BLOOMBERG_____

2.    Court (if federal court, name the district; if state court, name the county) _____
___COUNTY  OF  NEW  YORK_____

3.    Docket or Index number ___12  Civ. 5401_____

4.    Name of Judge assigned to your case ___COLLEEN  McMahon_____

5.    Approximate date of filing lawsuit ___JULY 20th, 2012_____

_Rev. 01/2010_                                        6

6.    Is the case still pending?  Yes _✓_  No ____

      If NO, give the approximate date of disposition_____

7.    What was the result of the case? (For example:  Was the case dismissed?  Was there
      judgment in your favor?  Was the case appealed?) _____

      _____

      _____


**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _23rd_ day of _August_ , 20_12_.

                          Signature of Plaintiff  _Brandi Semmons_

                          Inmate Number  _241-12-03857_

                          Institution Address  _A.M.K.C.   C-95_

                                  _18-18 HAZEN STREET_

                                  _EAST ELMHURST, N.Y. 11370_

                                  _____


Note:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
         their inmate numbers and addresses.


I declare under penalty of perjury that on this _23rd_ day of _August_ , 20_12_, I am delivering
this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for
the Southern District of New York.

                          Signature of Plaintiff:  _Brandi Semmons_

BRANDI SIMMONS 241-12-03857
A.M.K.C. C-95
18-18 HAZEN STREET
EAST, ELMHURST, N.Y. 11370

RECEIVED
SDNY PRO SE OFFICE
2012 AUG 28 PM

TO: PRO-SE OFFICE
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET, Rm 230
NEW YORK, N.Y. 10007

10007133093