```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Oct-09, 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRANDI SIMMONS,
                    PLAINTIFF

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

THE CITY OF NEW YORK ;

DETECTIVE PAUL ORTIZ # 17138 ;

DETECTIVE RICHARD W. JOHNSON # 841 ;

DETECTIVE GEORGE GOULART # 005792

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**AMENDED COMPLAINT**

under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☒ Yes  ☐ No
            _(check one)_

12 Civ. 4395 (JGK)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's  Name  Brandi Simmons
             ID#  241-12-03857
             Current Institution  A.M.K.C. C-95
             Address  18-18 HAZEN STREET
                      EAST ELMHURST, NEW YORK 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  THE CITY OF NEW YORK    Shield # _____
                 Where Currently Employed  CORPORATION COUNSEL
                 Address  100 CHURCH STREET
                          NEW YORK, N.Y. 10007

_Rev. 01/2010_                                1

Defendant No. 2     Name DETECTIVE PAUL ORTIZ       Shield # 17138
                    Where Currently Employed BRONX NARCOTICS DIVISION
                    Address 1 POLICE PLAZA, Room 1100
                    NEW YORK, NEW YORK 10007

Defendant No. 3     Name DETECTIVE RICHARD W. JOHNSON   Shield # 841
                    Where Currently Employed BRONX NARCOTICS DIVISION
                    Address 1 POLICE PLAZA, Room 1100
                    NEW YORK, NEW YORK 10007

[Who did what?]

Defendant No. 4     Name DETECTIVE GEORGE GOULART     Shield # 005792
                    Where Currently Employed BRONX NARCOTICS DIVISION
                    Address 1 POLICE PLAZA, Room 1100
                    NEW YORK, NEW YORK 10007

Defendant No. 5     Name _____  Shield # _____
                    Where Currently Employed _____
                    Address _____

II.   **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
THE 52nd Precinct located at 3016 Webster Ave; and NORTH CENTRAL BRONX HOSPITAL located at 3424 Kossuth Ave; and BRONX CENTRAL BOOKINGS located at 215 East 161 Street.

B.   Where in the institution did the events giving rise to your claim(s) occur?
52nd Precint holding cells/Fingerprinting room; NCBH Emergency Intake; CENTRAL BOOKINGS HOLDING CELLS

C.   What date and approximate time did the events giving rise to your claim(s) occur?
The Exact date was April 26th, 2012 into the date of April 27th, 2012 From 4:20pm on 4/26/12 until 3:00 o'clock a.m. 4/27/12

[What happened to you?]

D.   Facts: Plantiff was viciously beaten in the 52nd Precint's fingerprinting room by the above mentioned defendants as well as three more unnamed detectives. Once Plantiff was taken to the hospital, he was antagonized, humiliated, and handcuffed with cruel & unusual Punishment. Excessive force was used and the brutality was immense.

*Rev. 01/2010*                    2

Then Plantiff was carried by the handcuffs & leg shackles from the Hospital, thrown into a car head first, drove to Central bookings, where these same two officers lifted Plantiff up into the air by the restraints, dragged/carried him into Central Bookings, and tossed him into the cell like cattle.

Six (6) N.Y.C. Detectives, three of whom are named, brutally assaulted this Plantiff, two of which escorted this Plantiff to NCBH physically and mentally abusing him, and then dragged this Plantiff as if he were cattle to Central Bookings where he was thrown into a holding cell, fully restrained, face first, ON CAMERA.

There were at least six witnesses present in the precint, with PEDRO ROSA being one of them. Several doctors witnessed the ordeal at NCBH. And more than ten witnesses where in the Central Bookings holding pen, but JEFFREY GAINES B&C # 241-12-03837 / NYSID # 06255729K will testify.

Was anyone else involved?

Who else saw what happened?

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

I received a broken left pinky finger, a fractured right foot, partial paralysis that has subsided but has left Plantiff experiencing severe back pains (lower back), and constant headaches.

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

  Yes ✓  No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_52nd Precint holding cell - 3016 Webster Ave, BX, N.Y. 10458_
_Finger printing room, where there is a camera accessible._

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ____   No ____   Do Not Know ✓

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ____   No ____   Do Not Know ✓

   If YES, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ____   No ✓

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   1. Which claim(s) in this complaint did you grieve?
      _NOT APPLICABLE_

   2. What was the result, if any?
      _NOT APPLICABLE_

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _NOT APPLICABLE_

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _THIS INCIDENT DID HAPPEN IN A CITY JAIL. 52nd Precint Holding pen located 3016 Webster Ave, BX, N.Y. 10458._

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

INTERNAL AFFAIRS (IAB) and CCRB

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

SAME AS ABOVE

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Reward the Plantiff with no less than $5,000,000 for the gross deliberate indifference incurred in this matter of violating Plantiff's Constitutional and Civil rights. Plantiff seeks Emotional and Punitive damages for excessive use of Force and Cruel & unusual Punishment. Furthermore, Plantiff seeks lawyer fee's and prays that this court will grant this claim and any other reliefs that the Courts may deem just and proper.

PURSUANT TO
42 U.S.C. §
1988

*Rev. 01/2010*                    5

_____
_____
_____
_____

**VI.    Previous lawsuits:**

|On these claims|

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓    No ___

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff  BRANDI SIMMONS
Defendants  CITY OF NEW YORK and P.O. DANIEL GROTH # 23786

2. Court (if federal court, name the district; if state court, name the county)  SUPREME COURT COUNTY OF BRONX

3.    Docket or Index number  304083/09
4.    Name of Judge assigned to your case  N/A
5.    Approximate date of filing lawsuit  May 18, 2009
6.    Is the case still pending? Yes ___ No ✓    AUGUST 3rd, 2011 — NOV, 2011 (PAYMENT DATE)
      If NO, give the approximate date of disposition  SETTLEMENT / IN FAVOR OF THE PLANTIFF
7.    What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  $17,000 SETTLEMENT, AND THE CASE WAS NOT APPEALED.

|On other claims|

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ___    No ✓

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.    Parties to the previous lawsuit:

Plaintiff  NOT APPLICABLE
Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____
3.    Docket or Index number _____
4.    Name of Judge assigned to your case _____
5.    Approximate date of filing lawsuit _____

*Rev. 01/2010*                             6

6. Is the case still pending? Yes ____ No ____

   NOT APPLICABLE

   If NO, give the approximate date of disposition ____

7. What was the result of the case? (For example: judgment in your favor? Was the case appealed?) Was the case dismissed? Was there ____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3rd day of October, 2012.

Signature of Plaintiff  Brandi Simmons

Inmate Number  241-12-03857

Institution Address  A.M.K.C. C-95
18-18 HAZEN STREET
EAST ELMHURST, N.Y. 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 3rd day of October, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Brandi Simmons



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
Pro Se Office

**To:** The Honorable __Judge John G. Koeltl,__

**From:** __S. Coretto,__ Pro Se Intake Clerk, Docket Services, Ext. __1177__

**Date:** __10/10/12__

**Re:** Simmons v. The City Of New York, et al,   1:12-cv-04395-JGK

RECEIVED OCT 10 2012 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

The attached document, which was received by this Office on __10/9/12__, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of docketing the document for public access, it has been docketed as a court-view only docket entry. I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4).

( )   No original signature.

( )   No Affirmation of Service/ Proof of Service.

( X )   **Other:** Plaintiff submits a Second Amended Complaint.

If you memo-endorse the filing, you do not need to return this memorandum to the Pro Se Office. Once your memo-endorsement is docketed and filed, all ECF users on the case will be notified.

In the alternative, please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

(✓)   **ACCEPT FOR FILING**          ( )   **RETURN TO *PRO SE* LITIGANT**

Comments:

_____

_____

_____

[Received stamp: 2012 OCT 12 A 11:10 SDNY PRO SE OFFICE RECEIVED]

_____
United States District Judge
Dated: 10/11/12.

_____
United States Magistrate Judge
Dated:

Anthony Waters 44112080 35
ANKC. 1818 HAZEN ST. 8 MOD
EAST ELMHURST N.Y. 11370

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
U.S. COURTHOUSE
PRO SE OFFICE, RM 230
500 PEARL STREET
NEW YORK, N.Y. 10607

2012 OCT -9 P 2:56
SDNY PRO SE OFFICE
RECEIVED